# AFFIDAVIT

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/15/2015 11:41:11 AM
CHRISTOPHER A. PRINE
Clerk

Before me, the undersigned authority, on this 15th day of June, 2015 personally

appeared **David A. Carp**, a person known unto me, who upon being duly sworn did state

under oath as follows:

> "My name is David A. Carp. I have been a licensed attorney since 1982. Every statement contained in this affidavit is true and correct, and based upon my personal knowledge.
>
> I was hired by Glenn Beckendorff, Frank Pokluda, and Stan Kitzman to represent them in the appeal of Cause No. 13-03-21872, in the 506th District Court of Waller County, now on appeal in the Court of Appeals for the First District of Texas."
>
> Further affiant sayeth not.

_____
David A. Carp


Subscribed and sworn to before me, to which witness my official hand and seal of

office on the 15th day of June, 2015.

PAULA JAHNKE
Notary Public, State of Texas
My Commission Expires
October 02, 2015

_____
NOTARY PUBLIC IN AND FOR THE
THE STATE OF TEXAS